of *United States* v. *Rickert*, 188 U. S. 432, 436; act of Con-gress ·of April 21, 1904, c. 1402, 33 Stat. 189, 209; *Heck-man* v. *United States*, 224 U. S. 413, 437, and cause re-manded to the District Court of the United States for the District of Minnesota. *Mr. Ransom J. Powell* and *Mr. George T. Simpson* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Knaebel* for the defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF JEWELL KING, PETITIONER. Submitted December 23, 1912. Decided January 6, 1913. Motion for leave to file a petition for a writ of habeas corpus denied. *Mr. Burton Smith* for the petitioner.

---

*Decisions on Petitions for Writs of Certiorari from Octo-ber 14,-1912, to January 13, 1913.*

No. 790. JOHN T. COOPER, PETITIONER, *v.* C. M. PRATT ET AL., PARTNERS, ETC. October 21, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. G. Linn, Mr. Aldis B. Browne* and *Mr. Alexander Britton* for the petitioner. No appearance for the respondents.

---

No. 799. JAMES D. HARDIN, PETITIONER, *v.* THE UNION TRUST COMPANY OF THE CITY OF PHILADELPHIA ET AL. October 21, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Chambers Kellar* and *Mr. Ernest Wilkinson* for the petitioner. No appearance for the respondents.